NUMBER
13-11-00150-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

MIGUEL ANGEL
VELASQUEZ AND 

ANA MARIA MIRELES
GARCIA,                                              Appellants,

 

                                                             v.

 

ALONDRA VELASQUEZ,                                 
Appellee. 

____________________________________________________________

 

                           On
appeal from the 445th District Court 

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








Appellants,
Miguel Angel Velasquez and Ana Maria Mireles Garcia, filed an appeal from a
judgment entered by the 445th District Court of Cameron County, Texas, in cause
number 2009-05-2983-I.  Appellants have filed a motion to dismiss the appeal and
request that this Court dismiss the appeal.

The
Court, having considered the documents on file and appellants’ motion to dismiss
the appeal, is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellants’
motion to dismiss is granted, and the appeal is hereby DISMISSED.  Costs will
be taxed against appellants. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at
appellants’ request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.

 

PER CURIAM

Delivered and filed the

9th day of June, 2011.